Leon ROBINSON v. STATE.    (No. 12472.)

Court of Criminal Appeals of Texas.   Feb. 20, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J.   The offense is theft from the person; the punishment confinement in the penitentiary for two years.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM.   The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Virgilio RODRIQUEZ v. STATE.
(No. 12493.)

Court of Criminal Appeals of Texas.   Feb. 27, 1929.

Earl W. McKay, of Brownsville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.   Conviction for receiving and concealing stolen property; punishment, two years in the penitentiary.

The record is here without any statement of facts. The indictment correctly charges the offense, and is followed by the judgment and sentence.

No error appearing, the judgment will be affirmed.

R. A. GROVES v. Gladys GROVES.
(No. 9243.)

Court of Civil Appeals of Texas.   Galveston. Feb. 12, 1929.

LANE, J.   This suit was brought by Mrs. Gladys Groves against her husband R. A. Groves, praying for a decree dissolving the bonds of matrimony existing between the two. Plaintiff alleged statutory grounds, which, if proven, would entitle her to the decree prayed for. Defendant made no answer.

Upon sufficient proof the court rendered judgment decreeing a dissolution of the marriage relation as prayed for. The defendant has appealed, but has filed no brief in this court. Had our attention been called to the failure on the part of appellant to file briefs before the cause was submitted, we would have dismissed the appeal for want of prosecution. However, since the cause has been submitted, and we find that the plea of the plaintiff and the evidence are sufficient to support the judgment rendered, it is ordered that the same be affirmed.

Affirmed.